# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTHONY H. ROTH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-163 |
| v. | * | |
| JUDY PHILLIPS, Magistrate Judge, Coffee County; and BUSTOS, Sheriff's Deputy, Coffee County Sheriff's Department, | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 3, 2018, Report and Recommendation, dkt. no. 10, to which Plaintiff failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint for and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 20 day of August, 2018.

```
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```

AO 72A
(Rev. 8/82)